# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER C. MEYER,**

    **Plaintiff,**

  v.                        Case No. 15-CV-1056

**CINDY L. JOOSTEN,**

    **Defendant.**

## ORDER

Defendant Cindy L. Joosten filed a motion for summary judgment on May 27, 2016. However, the notice given to pro se plaintiff Christopher C. Meyer was based on a prior version of the court's Civil Local Rules. I will deny defendant's motion without prejudice and provide the opportunity to refile with the current rules.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that defendant's motion for summary judgment (Docket #14) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that defendant shall refile her motion for summary judgment within ten days and provide the notice required by Civil Local Rule 56(a) (E.D. Wis.). Defendant does not need to refile the documents supporting her motion. Plaintiff's time to respond will begin when he receives the motion with the proper notice.

Dated at Milwaukee, Wisconsin, this 1st day of June, 2016.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge